IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**EARL EUGENE HUGHES, JR.**                                                           PLAINTIFF

      v.                    Civil No. 11-5181

**SERGEANT WEST; DR. JOHN
HUSKINS; and MAJOR DRAKE**                                                  DEFENDANTS

## O R D E R

Now on this 10th day of February, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice.**

IT IS SO ORDERED.

                                             /s/ Jimm Larry Hendren
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE